IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARCARE, INC., On behalf of itself
and all others similarly situated                                    PLAINTIFF

v.                              No. 4:21-cv-135-DPM

YOU FIRST SERVICES, INC.                                           DEFENDANT

## JUDGMENT

ARcare's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

28 June 2021